**HARLAN FUND LLC; Newport Fund LLC, Plaintiffs—Appellants**

v.

**UNITED STATES of America DEPARTMENT OF the TREASURY–Internal Revenue Service, Defendant—Appellee.**

No. 08–10773.

United States Court of Appeals, Fifth Circuit.

June 18, 2009.

Karen G. Gregory, Robert W. Metzler, U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Before KING, GARWOOD, and DAVIS, Circuit Judges.

PER CURIAM: *

We have today decided *Zugerese Trading LLC v. IRS*, —— Fed.Appx. —— (5th Cir.2009) which addresses issues nearly identical to those raised in this case. For the reasons given in *Zugerese Trading*, we AFFIRM the district court's judgment denying plaintiffs-appellants' petition to quash and granting the IRS's motion to enforce the summons. AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

